AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.    2:26-mj-119-BNW |
| | ) | |
| SHAWN OWENS | ) | Charging District:    Eastern Dist. of Washington |
| *Defendant* | ) | Charging District's Case No.  2:25-cr-183-TOR |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges.  If the time to appear in that court has not yet been set, the defendant must appear when notified to do so.  Otherwise, the time and place to appear in that court are:

| | |
|---|---|
| Place:  Oregon District Court<br>Wayne Lyman Morse United States Courthouse<br>405 East Eighth Avenue<br>Eugene, OR 97401-2705<br>before the Honorable Magistrate Judge Potter | Courtroom No.:  3 |
| | Date and Time:  03/04/2026 or 03/18/2026 at 2:00pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:       February 26, 2026

_____
*Judge's signature*

BRENDA WEKSLER, United States Magistrate Judge
*Printed name and title*



FILED          RECEIVED
ENTERED          SERVED ON
COUNSEL/PARTIES OF RECORD

FEB 26 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY